```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

          -against-                                    22-cr-0200 (LAK)

JAMAR BAKER,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall advise the Court and the defendant on or before July 28, 2022 whether it has received the results of the DNA testing discussed at the conference on July 11, 2022 and, if not, when it anticipates receiving them.

        SO ORDERED.

Dated:      July 25, 2022

                                                  /s/     Lewis A. Kaplan
                                                                Lewis A. Kaplan
                                                                 United States District Judge