**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 1000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:_____
DATE FILED: 7/25/2022
```

July 22, 2022

**BY ECF**

**MEMO ENDORSED**

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Jamar Baker</u>, 22 Cr. 200 (LAK)

Dear Judge Kaplan:

The Government writes with respect to the trial in this matter, which is scheduled to begin on September 13, 2022. The parties have had extended discussions about a plea and believe that a pretrial disposition is likely. The Government has learned, however, that the complaining victim in this matter will be out of the country on a non-refundable vacation from September 7 to 19, 2022. Accordingly, the Government respectfully requests that the Court adjourn the trial by approximately one week (or to the next date that the Court is available). Defense counsel consents to this adjournment request.

In the event that the Court grants an adjournment, the Government further requests that time under the Speedy Trial Act be excluded from September 13, 2022, until the date of the rescheduled trial, pursuant to 18 U.S.C. § 3161(h)(7). The requested exclusion will give the parties additional time to prepare for trial and to continue discussions about a pretrial resolution. The defense consents to this exclusion request.

*Trial adjourned until 9/20/22. Time excluded to end in closing 9/20/22. The court finds justice served than the interests of def and public in speedy trial.*

**SO ORDERED**

*[signature]*
LEWIS A. KAPLAN, USDJ

7/25/22

cc (by ECF): Mark Gombiner, Esq.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330