USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                           :

UNITED STATES OF AMERICA,

                           :     **ORDER**

   – v. –

                           :     22 Cr. 200 (LAK)

JAMAR BAKER,

                           :

              Defendant.

                           :

------------------------------------- x

For the reasons discussed on the record at the January 6, 2026 conference in this matter and *with the defendant's consent,* the defendant's conditions of supervised release are modified to include the following two additional conditions:

> You will participate in an outpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

> You must participate in an outpatient mental health treatment program approved by the United States Probation Office. You must continue to take any prescribed medications unless otherwise instructed by the health care provider. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider.

The parties shall provide a written status update by March 6, 2026.

SO ORDERED.

Dated:      New York, New York
            January 6, 2026

                                  _____
                                    HON. LEWIS A. KAPLAN
                                    United States District Judge