**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 6, 2026

**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/1/2026

**Re: *United States v. Jamar Baker*, 22 Cr. 200 (LAK)**

Dear Judge Kaplan:

On January 6, 2026, the parties appeared before the Court to address the pending violations of supervised release in this matter. At that conference, the parties jointly agreed to a modification of the defendant's conditions of supervised release and further agreed to provide the Court with a written status update within 60 days, with the Government noting that if the defendant remained in compliance during that 60-day period, it would likely request that the specifications be dismissed. (*See* 1/6/26 Tr. at 3–4). Later that day, the Court entered an order modifying the defendant's terms of supervised release—imposing conditions requiring that the defendant participate in outpatient mental health and substance abuse treatment—and directing the parties to provide a written status update by March 6, 2026. (Dkt. No. 36).

The Government has spoken to the defendant's probation officer, Officer LaToya Harris, who informed the Government that the defendant has been compliant with the terms of his supervised release since the January 6, 2026 conference. As a result, and for the other reasons discussed on the record at the January 6, 2026 conference—including the Government's communications with the complaining victim identified in Specifications One through Three—the Government respectfully requests that the outstanding violation specifications against the defendant be dismissed.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: ____________________
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

**Granted.**

SO ORDERED

____________________
Lewis A. Kaplan, USDJ

Dated: August 31, 2026

cc (by ECF and E-Mail): Mark Gombiner, Esq.
U.S. Probation Officer LaToya Harris